Appellants urge that the judgment be reversed without remanding.

EDWARD D. SHURTLEFF, for appellants; C. P. BARNES, of counsel.

No appearance for appellees.

MR. JUSTICE WHITNEY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1803*—*when reversal should be with remandment.* On appeal from an order of the Circuit Court finding in favor of a will, where the record does not show that the paper which the subscribing witnesses swore they signed and the testator signed was the will, the Appellate Court should not reverse without remanding.

---

### The People of the State of Illinois, Appellee, v. Louis Thexton, Appellant.

### Gen. No. 5,963. (Not to be reported in full.)

Appeal from the Circuit Court of Du Page county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed July 31, 1914.

### Statement of the Case.

Action by the People of the State of Illinois against Louis Thexton to recover a penalty for the violation of the automobile law, the offense charged being the running of an automobile at a rate of speed prohibited by statute. Judgment was entered against defendant for five dollars penalty. To reverse the judgment, defendant appeals.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

J. C. MURPHY and E. L. LYON, for appellant.

CHARLES W. HADLEY, for appellee.

MR. JUSTICE WHITNEY delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 1*—*when finding of guilty of unlawful speed sustained by evidence.* In an action to recover a penalty for running an automobile at a rate of speed prohibited by statute, a finding of guilty *held* sustained by sufficient evidence.

2. AUTOMOBILES AND GARAGES, § 1*—*necessity of intent to constitute violation of automobile law.* The only intention necessary to render a person liable to a penalty for a violation of the automobile law is the doing of the act prohibited.

3. APPEAL AND ERROR, § 1715*—*when objection to remedy for review waived.* The right of appellee to raise the question that the case could only be presented for review by a writ of error is waived by joining in a stipulation as to the bill of exceptions and filing briefs in the Appellate Court.

---

### The People of the State of Illinois ex rel. Emily Jane Ray, Appellee, v. John DeWalt, Appellant.

### Gen. No. 5,965.   (Not to be reported in full.)

Appeal from the County Court of Marshall county; the Hon. WALTER A. CLINCH, Judge, presiding. Heard in this court at the April term, 1914. Reversed and remanded. Opinion filed July 31, 1914.

### Statement of the Case.

Action by the People of the State of Illinois ex rel. Emily Jane Ray against John DeWalt charging the defendant with being the father of a bastard child of

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number,